No. 03-15-00313

ACCEPTED
03-15-00313-CV
6313013
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 2:40:44 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 2:40:44 PM
JEFFREY D. KYLE
Clerk

HERMENIA JENKINS,

*Appellant,*

v.

CROSBY INDEPENDENT SCHOOL DISTRICT, and MICHAEL L.
WILLIAMS, COMMISSIONER OF EDUCATION,

*Appellees.*

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

To the Honorable Third Court of Appeals:

In accordance with Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, Appellee Crosby Independent School District ("Crosby ISD") requests a forty-five (45) day extension of time to file its brief.

1.  Appellant Hermenia Jenkins filed her brief on July 10, 2015. Amicus Curiae Texas Elementary Principals and Supervisors Association filed a brief on behalf of Appellant on July 10, 2015.

2.  Appellee Crosby ISD's brief is currently due on August 9, 2015. A forty-five day extension would move the deadline to September 24, 2015.

3.  Appellee Crosby ISD has not previously requested an extension in this case.

4.    Appellee Crosby ISD requests this extension because counsel has significant other professional commitments during the next 45 days.

5.    The undersigned counsel of record for the District has corresponded with counsel for Appellant Hermenia Jenkins and Appellee Commissioner of Education and they are not opposed to this motion.

6.    This extension is sought not for purposes of delay, but so that justice may be done. The parties and the Court will not be prejudiced by this extension of time.

Therefore, Appellee Crosby Independent School District respectfully requests that this Court grant its motion and extend its time for filing Appellees' Brief from August 9, 2015, to September 24, 2015.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:_____
David B. Hodgins
State Bar No. 09775530
Amber K. King
State Bar No. 24207244
Frances R. Broussard
State Bar No. 24055218
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6766
Facsimile: (713) 583-9397
dhodgins@thompsonhorton.com
aking@thompsonhorton.com
fbroussard@thompsonhorton.com

**ATTORNEYS FOR APPELLEE CROSBY
INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF CONFERENCE

I certify that on July 28, 2015 I conferred with counsel for Ms. Jenkins and Commissioner of Education by email and they are unopposed to this motion.

David B. Hodgins or Frances R. Broussard

## CERTIFICATE OF SERVICE

I hereby certify that on the 3⌐ day of July, 2015, a true and correct copy of the above and foregoing pleading was served upon counsel of record by e-service as follows:

Kevin F. Lungwitz
The Lungwitz Law Firm, P.C.
3005 S. Lamar Blvd.
Suite D-109-362
Austin, Texas 78704-4785
P. 512.462.0188
F. 866.739.7138
kevin@lungwitzlaw.com

Andrew Lutostanski
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O Box 12548, Capitol Station
Austin, Texas 78711-2548
P. 512.475.4200
F. 512.320.0167
andrew.lutostanski@texasattorneygeneral.gov

David B. Hodgins or Frances R. Broussard

683127